UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

MICHAEL BLAND,

           Defendant.

---

**ORDER FOR COMPETENCY EXAMINATION**

13-mj-1082-JJM

Defendant's counsel having moved for a competency examination of defendant pursuant to 18 U.S.C. §4241(a) at the September 16, 2013 proceeding, and without opposition from the government, it is hereby

ORDERED, that the defendant be examined by a licensed or certified psychiatrist or psychologist to determine his competency to stand trial pursuant to 18 U.S.C. §4241(b) and §4247(b); and it is further

ORDERED, that this examination will be conducted by a suitable professional as close to this court as possible, and these arrangements will be made by the United States Probation and Pretrial Services Office, and it is further

ORDERED, that the aforesaid examination shall include both a psychiatric and psychological report to be prepared and filed with this court, with copies to be provided to counsel for the defendant and the government, to include:

    1.    The defendant's history and present symptoms, if any;

    2.    A description of the psychiatric, psychological and/or medical tests that were employed;

3. The name of the examiner(s) and his/her (their) findings as to competency to proceed; the examiner's opinions as to diagnosis and prognosis; and

4. A determination as to whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense; and it is further

ORDERED, that the report be filed with this court so that a hearing may be conducted pursuant to 18 U.S.C. §4247(d) to determine defendant's competency to stand trial; and it is further

ORDERED, that a status conference is scheduled for **October 8, 2013 at 9:30 a.m.**, and it is further

ORDERED, the time through October 8, 2013 shall be excluded from the Speedy Trial Act calendar pursuant to 18 U.S.C. §3161(h)(1)(A).

**SO ORDERED.**

Dated: September 16, 2013

JEREMIAH J. MCCARTHY
United States Magistrate Judge